UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SUPPRESSED**

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | FEB - 7 2018 |
| | ) | U. S. DISTRICT COURT |
| Plaintiff, | ) | EASTERN DISTRICT OF MO |
| | ) | ST. LOUIS |
| v. | ) | No: |
| | ) | |
| NICHOLAS O'NEAL JOHNSON aka "ACE",, | ) ) ) | **4:18CR00105 HEA/JMB** |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 24, 2017, in the County of Saint Louis, within the Eastern District of Missouri,

**NICHOLAS O'NEAL JOHNSON aka "ACE",**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The amount of mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as Fentanyl, attributable to the defendant as a result of his own conduct, is forty (40) grams or more, making the offense punishable under Title 21, United States Code, Section 841(a)(1)(B)(vi).

## COUNT TWO

The Grand Jury further charges that:

On or about October 24, 2017, in the County of Saint Louis, within the Eastern District of Missouri,

**NICHOLAS O'NEAL JOHNSON aka "ACE",**

the Defendant herein, did knowingly and intentionally possess one or more firearms in furtherance of the drug trafficking crime named in Count One of this Indictment.

In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury further charges that:

On or about October 24, 2017, in the City of Saint Louis, within the Eastern District of Missouri,

**NICHOLAS O'NEAL JOHNSON aka "ACE",**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms which traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, Untied States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
THOMAS REA, #53245MO
Assistant United States Attorney